IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

GEORGANNA VERGE                                                PLAINTIFF

v.                Civil No. 04-5219

JO ANNE B. BARNHART, Commissioner
Social Security Administration                          DEFENDANT

O R D E R

On this 16 day of August, 2005, the court has before it for consideration plaintiff's request for attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. For reasons set forth in the report and recommendation filed by the Honorable Beverly Stites Jones, United States Magistrate Judge, on July 20, 2005, the court finds that the magistrate's recommendations should be adopted *in toto* and hereby awards plaintiff attorney fees in the amount of $679.70, representing 5.25 hours of work at a rate of $125.00 per hour and $23.45 in costs. This amount shall be paid in addition to, and not out of, any past-due benefits plaintiff may be awarded in the future.

IT IS SO ORDERED.

HON. JIMM LARRY HENDREN
CHIEF, UNITED STATES DISTRICT JUDGE

This document entered on docket in compliance with Rule 58 and 79(a), FRCP,
on 8-16-05 by CT

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

AUG 16 2005

CHRIS R. JOHNSON, CLERK
BY Connie Test
DEPUTY CLERK

AO 72A
(Rev. 8/82)